UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-MJ-8427-WM

UNITED STATES OF AMERICA

v.

JEFFE RODRIGUES-MICHAEL

_____/     Defendant.

FILED BY ____SW____ D.C.
Aug 5, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   ☐ Yes   ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   ☐ Yes   ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   ☐ Yes   ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   ☐ Yes   ☑ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _/s/ Marc Osborne_____

MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY
District Court No.   A550796
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email:   Marc.Osborne@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY ____SW____ D.C.
Aug 5, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 25-MJ-8427-WM |
| JEFFE RODRIGUES-MICHAEL | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 5, 2025 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922 (g)(1) | Possession of firearm after conviction of a felony. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent, Zachary Schleiffer, FBI
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: August 5, 2025

_____
Judge's signature

City and state: West Palm Beach, FL    Hon. William Matthewman, Chief Magistrate Judge
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Zachary F. Schleiffer, being first duly sworn, hereby depose and state as follows:

#### INTRODUCTION AND JURISDICTION

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed since September of 2021. I am currently assigned to PB-2, the Violent Crimes and Major Offender Squad of the Palm Beach County Resident Agency, which investigates bank robberies, narcotics trafficking, fugitives, firearms offenses, gang activity, and other violent crimes. Prior to joining PB-2, I was assigned to the health care fraud squad of the FBI's Palm Beach County Resident Agency for 2 years. Based on my experience as a federal law enforcement officer, I have also conducted criminal investigations involving or relating to sophisticated financial schemes, including identity theft, wire fraud, mail fraud, bank fraud, money laundering, and access device fraud.

2. Pursuant to 18 U.S.C. § 3052, I am authorized to apply for and execute search warrants and arrest warrants for offenses enumerated in Titles 18 and 21 of the United States Code. I have participated in and directed investigations involving violent crime, violations of the Hobbs Act, bank robberies, trafficking in controlled substances, firearms offenses, identity theft, wire fraud, mail fraud, bank fraud, and various types of fraud committed using stolen identities. As a result of my training and experience, I am familiar with the tactics, methods, and techniques of committing those crimes.

3. I make this affidavit in support of an application for a criminal complaint charging MICHAEL JEFFREY RODRIGUES, herein referred to as "RODRIGUES," with a violation of Title 18 U.S.C. § 922(g)(1) (a felon in possession of a firearm).

4. This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation and information provided to me by other law enforcement officers. I have not included in this affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for this court to authorize an arrest warrant for the person of RODRIGUES. Based upon my training and experience and the facts as

set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 922(g)(1) (a felon in possession of a firearm).

## PROBABLE CAUSE

5. On or about August 5, 2025, RODRIGUES was the sole occupant in a vehicle bearing Florida Tag Number: 42BKCS. RODRIGUES drove the vehicle onto Palm Beach International Airport (PBI) property and made contact with Witness 1 (W1). RODRIGUES asked W1 what time arriving flights begin coming into PBI. RODRIGUES continued to loiter in the center lane of the arrivals area and later relocated his vehicle to the east employee parking lot, just outside the arriving flights turnaround.

6. RODRIGUES sat in the parking lot for approximately two hours and exited the vehicle multiple times. RODRIGUES walked through a gated area with a black case and returned to his vehicle.

7. At approximately 7:00am, Airport Operations was notified of a suspicious person in the same area. Employees from Airport Operations made their way down to the area and observed RODRIGUES returning from the gated area toward his vehicle with a large black case. Airport Operations did not approach RODRIGUES and waited for the Palm Beach County Sheriff's Office to respond.

8. Shortly thereafter, deputies from the Palm Beach County Sheriff's Office contacted and identified RODRIGUES. RODRIGUES appeared to make several furtive movements around a large black case located on the ground outside of his vehicle. Deputies observed a set of throwing knives in the case.

9. Upon identification of RODRIGUES, law enforcement obtained a criminal history report, and it was determined that RODRIGUES was a convicted felon, making him a prohibited person under federal firearms statutes. Specifically, on June 20, 2022, he was convicted in Martin County, Florida of Grand Theft of Motor Vehicle and Introduction of Contraband into a Correctional Facility.

10. Deputies then utilized law enforcement databases to confirm ownership of the vehicle. Deputies learned the vehicle was a rental car and RODRIGUES advised that his father was the registered renter of the vehicle. Deputies obtained consent from RODRIGUES to search for the rental agreement[1].

---

[1] This interaction was captured on Body Warn Camera (BWC) by the Palm Beach County Sheriff's Office.

Deputies opened the glove box of the vehicle and located a loaded magazine with ammunition chambered in 5.56mm. Directly adjacent to the glove compartment, in the front passenger seat, deputies located a loaded Smith & Wesson, Model M&P-15 bearing serial number SP 09010, with two magazines with an unknown amount of ammunition concealed under a towel.

11. Deputies detained RODRIGUES and made notifications to the Federal Bureau of Investigation. Upon notification from the Palm Beach County Sheriff's Office, your affiant responded to the scene and confirmed RODRIGUES's status as a convicted felon.

## CONCLUSION

12. Based upon the information contained in this affidavit, I believe that probable cause exists that MICHAEL JEFFREY RODRIGUES was in violation of Title 18 U.S.C. § 922(g)(1) (a felon in possession of a firearm).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Zachary F. Schleiffer, Special Agent
Federal Bureau of Investigation

Sworn and Attested to before me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this  5th  day of August, 2025.

_____
WILLIAM MATTHEWMAN
UNITED STATES CHIEF MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   JEFFE RODRIGUES-MICHAEL

**Case No**:

Possession of firearm after conviction of a felony.

18 U.S.C. § 922 (g)(1 )
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.